# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

TOI ROBINSON, on behalf of himself
and others similarly situated,

      Plaintiff,

      v.

ATLANTA TACTICAL SAFETY,
LLC d/b/a ATLANTA TACTICAL
SERVICES, and DEVIN CURTIS
JACKSON,

      Defendants.

Case No. 1:25-cv-4907 (SEG)

**SUGGESTION OF DEATH UPON THE RECORD PURSUANT TO FED. R. CIV. P. 25(a)(1)**

NOW COMES Toi Robinson, by and through undersigned counsel, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby suggests upon the record the death of Devin Curtis Jackson, the Defendant, a party to this action.

Upon investigation, Defendant Devin Curtis Jackson died on April 13, 2024.

This Suggestion of Death is filed to notify the Court and all parties of record of the death of Devin Curtis Jackson. In accordance with Rule 25(a)(1), any motion for substitution of the proper party must be filed within ninety (90) days after service of this statement noting death.

Respectfully submitted this 7th day of April, 2026.

- 1 -

- 2 -

**CONSUMER ATTORNEYS, PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Admitted Pro Hac Vice*
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*/s/ Moshe Boroosan, Esq.*
Moshe Boroosan, Esq., GA Bar #744128
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
(718) 887-2926 (office)
(718) 247-8020 (facsimile)
mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Toi Robinson*
*and all others similarly situated*