**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| TOI ROBINSON, on behalf of himself and others similarly situated, | Case No. 1:25-cv-4907 (SEG) |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE, MOTION FOR SUBSTITUTION OF PARTY, AND MOTION FOR EXTENSION OF TIME TO <u>SERVE THE DEFENDANTS</u>** |
| v. | |
| ATLANTA TACTICAL SAFETY, LLC d/b/a ATLANTA TACTICAL SERVICES, and DEVIN CURTIS JACKSON, | |
| Defendants. | |

COMES NOW Plaintiff, by and through undersigned counsel, and pursuant to this Court's Order to show cause dated April 1, 2026 and Rule 25(a)(1) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), to respond to Order to show cause and to respectfully moves this Court to substitute the Estate of Devin Curtis Jackson, in place of Defendant Devin Curtis Jackson, who – upon investigation – is deceased, and show the Court as follows:

1. Defendant Devin Curtis Jackson died on April 13, 2024;

2. A Suggestion of Death is being filed concurrently with this response and Motion;

- 1 -

3. Plaintiff is unaware as to whether any Probate Court in the State of Georgia has appointed any individual to serve as an administrator or executor;

4. Plaintiff's claims survive the death of Defendant under applicable law;

5. This Motion is timely filed within ninety (90) days of the filing and service of the Suggestion of Death; and

6. The request under this Motion is not sought for delay, but in the interest of justice.

Further, Plaintiff respectfully requests a two (2) week extension of time to serve the corporate Defendant by and through the Georgia Secretary of State or other permissible means. Plaintiff instructed its new process server to attempt service but the process server noted that the company filed a termination and thus did not attempt to serve the corporate Defendant. Plaintiff thus seeks a short extension of time to serve the corporate Defendant in light of these circumstances. See Fed. R. Civ. P. 4(m) (permitting an extension of time to complete service for good cause shown)

WHEREFORE, pursuant to Rules 4(m) and 25 of the Federal Rules of Civil Procedure, it is hereby requested that the request for an extension of time to serve the corporate Defendant be granted, and that the Estate of Devin Curtis Jackson be

substituted in place of Defendant Devin Curtis Jackson himself, so that Plaintiff's

claims may proceed as against the late Defendant's Estate.

Respectfully submitted this 8th day of April, 2026.

**CONSUMER ATTORNEYS, PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Admitted pro hac vice*
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*/s/ Moshe Boroosan, Esq.*
Moshe Boroosan, Esq., GA Bar #744128
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
(718) 887-2926
(718) 247-8020
mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Toi Robinson*
*and all others similarly situated*

- 3 -