# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TOI ROBINSON, on behalf of himself and others similarly situated, | Case No. 1:25-cv-04907-SEG |
| Plaintiff, | **NOTICE OF FILING AND SERVICE OF AMENDED COMPLAINT** |
| v. | |
| ATLANTA TACTICAL SAFETY, LLC d/b/a ATLANTA TACTICAL SERVICES, MERCEDES B. WILLIAMS, and THE ESTATE OF DEVIN CURTIS JACKSON by and through its duly appointed Personal Representative, | |
| Defendants. | |

Plaintiff hereby gives notice that the Amended Complaint in the above-captioned action was filed with the Court on May 5, 2026.

Plaintiff further gives notice that the Amended Complaint was sent for service on May 7, 2026.

Dated: May 7, 2026.          **CONSUMER ATTORNEYS, PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
*Admitted Pro Hac Vice*
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

- 1 -

- 2 -

*/s/ Moshe Boroosan*
Moshe Boroosan, GA Bar #744128
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
T: (718) 887-2926
F: (718) 247-8020
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Toi Robinson*
*and all others similarly situated*