**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

TOI ROBINSON,
Plaintiff,

vs.

MERCEDES B. WILLIAMS, et al.,
Defendants.

CIVIL ACTION FILE

NO. 1:25-cv-04907-SEG

# J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to serve Defendants in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated at Atlanta, Georgia this 24th day of November, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ A. Edwards
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
November 24, 2026
Kevin P. Weimer
Clerk of Court

By: s/ A. Edwards
Deputy Clerk